UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

SAN DIEGO

| | |
|---|---|
| PALMER KEARNEY MESA PROPERTIES, LP, a California limited partnership; and GH PALMER, INC., a California corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF SAN DIEGO, a California municipal corporation; MAYOR AND CITY COUNCIL OF THE CITY OF SAN DIEGO,<br><br>    Defendants. | Case No.: 3:23-cv-1755-DMS-BJC<br><br>**ORDER GRANTING PLAINTIFFS' SECOND EX PARTE APPLICATION FOR LEAVE TO FILE NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Courtroom:  13A<br>Judge:  Hon. Dana M. Sabraw<br>Magistrate:  Hon. D. Thomas Ferraro<br><br>Complaint Filed:  September 22, 2023<br>SAC Filed:  June 13, 2025<br>Trial Date:  None Set |

Pending before the Court is Plaintiffs' *ex parte* application for leave to file notice of supplemental authority. ECF No. 67. Plaintiffs seek to file notice of the recently published disposition in *KOGAP Enterprises, Inc. v. City of Medford*, No. 24-5268 (9th Cir. Nov. 13, 2025), as supplemental authority in opposition to Defendants' pending motion to dismiss (ECF No. 52), a copy of which has been attached to Plaintiffs' *ex parte* application as Exhibit A.

Having considered Plaintiffs' *ex parte* application, the declaration of Plaintiffs' counsel in support thereof, the non-opposition of Defendants, and good cause appearing, Plaintiffs' *ex parte* application for leave to file notice of supplemental authority is hereby **GRANTED**.

**IT IS HEREBY ORDERED THAT:**

Exhibit A attached to Plaintiffs' *ex parte* application is hereby filed with the Court for consideration in this case.

Dated: November 17, 2025

Hon. Dana M. Sabraw
Judge, United States District Court